**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION**

IN RE:                                                                                        **Chapter 13**
   **EVELYN MAHAN HINOJOS**

                                                                              **Case No: 24-50167-BWO-13**

**Debtor**                                                                      **Dated: 12/05/2025**

**DEBTOR ATTORNEY:  ALLMAND LAW FIRM PLLC**

---

**TRUSTEE'S NOTICE OF INTENT TO CERTIFY CHAPTER 13 CASE
FOR DISMISSAL PURSUANT TO GENERAL ORDER 2023-04 (Section 3. e)**

---

Notice is hereby given to the above named Debtor and Debtor Attorney that the Trustee intends to certify the above named Chapter 13 case for Dismissal for the reasons noted below:

The Debtor did not pay to the Trustee when due one or more pre-confirmation payments (except the first) as specified in the Debtor's Chapter 13 plan or any post-confirmation payment specified in the Debtor's Confirmed Plan.

1. The exact dollar amount due to completely bring all payments current as of the 14th day after the date of this Notice is **$1,500.00**.
2. Payment must be received by the Trustee by **DECEMBER 19, 2025**. Mail payments to: Standing Chapter 13 Trustee, P. O. Box 94210, Lubbock, TX  79493-4210.
3. If the payment specified in Paragraph 1 cannot be paid in full and received by the Trustee by the due date specified in Paragraph 2, then **CONTACT YOUR ATTORNEY REGARDING YOUR OPTIONS AT THIS TIME**. An Interlocutory Order acceptable to the Trustee may be Entered by the Court or a Modification of Confirmed Plan may be filed to cure any post-confirmation payment arrearages.

---

**FAILURE TO CURE ANY OR ALL OF THE DEFICIENCIES NOTED ABOVE WITHIN 14 DAYS OF THE DATE OF THIS NOTICE SHALL SUBJECT THIS PETITION TO DISMISSAL BY THE BANKRUPTCY CLERK WITHOUT FURTHER NOTICE PURSUANT TO GENERAL ORDER 2023-04 SECTION 3. e.**

---

 /s/ Katherine L. Davis
Katherine L. Davis
Chapter 13 Trustee
Marc McBeath, Bar # 13328600
Staff Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Trustee's Notice of Intent to Certify Chapter 13 Case for Dismissal was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail.  This document was also served upon the United States Trustee, by electronic service.

EVELYN MAHAN HINOJOS
909 3RD ST
LORENZO, TX  79343

ALLMAND LAW FIRM PLLC
860 AIRPORT FREEWAY  STE 401
HURST, TX  76054

Date:  12/05/2025

/s/ Katherine L. Davis

Katherine L. Davis, Trustee
Marc McBeath, Staff Attorney