United States Bankruptcy Court

Northern District of Texas

| | |
|---|---|
| In re: | Case No. 24-50167-bwo |
| Evelyn Mahan Hinojos | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-5 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 25, 2026 | Form ID: pdf022 | Total Noticed: 37 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Evelyn Mahan Hinojos, 909 3rd St, Lorenzo, TX 79343-2568 |
| 20536602 | | Acima Credit, Attn: Bankruptcy, 9815 South Monroe Street 4th Floor, Sandy, UT 84070-4384 |
| 20536605 | + | Carizma Motors, 5316 Frankford Ave, Lubbock, TX 79415 |
| 20536607 | | Cricket Wireless, 1154 S. Abeline St., Aurora, CO 80012 |
| 20536609 | + | Fiesta Acceptance, 2599 74th, Lubbock, TX 79423-1405 |
| 20536617 | + | Manuel Gonzales, 909 3rd St, Lorenzo, TX 79343-2568 |
| 20536624 | + | RNR Tire Express, 3904 Coliseum Blvd, Alexandria, LA 71303-3503 |
| 20536626 | | Transworld, 500 E Virgin St Ste 514, Tulsa, OK 74106 |
| 20536627 | | United States Attorney ?NORTH, 3rd. Floor, 1100 Commerce St, Dallas, TX 75242 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 20536603 | | Email/Text: clerk@allmandlaw.com | Mar 25 2026 22:18:00 | Allmand Law Firm, PLLC, 860 Airport Fwy Ste 401, Hurst, TX 76054-3264 |
| 20536604 | + | Email/Text: CSD-BankSO@oag.texas.gov | Mar 25 2026 22:18:00 | Attorney General of Texas, Bankruptcy Collection Division, PO Box 12017, Austin, TX 78711-2017 |
| 20536631 | | Email/Text: cfcbackoffice@contfinco.com | Mar 25 2026 22:18:00 | Verve, 121 Continental Dr., Newark, DE 19713 |
| 20600669 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 25 2026 22:18:00 | Conn Appliances, Inc., c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 20536606 | + | Email/Text: bankruptcynotices@conns.com | Mar 25 2026 22:18:00 | Conn's HomePlus, 2445 Technology Forest Boulevard Buildin, The Woodlands, TX 77381-5263 |
| 20536610 | + | Email/Text: service@figloans.com | Mar 25 2026 22:18:00 | Fig Loans, Attn: Bankruptcy 335 Madison Ave, Manhattan, NY 10017-4611 |
| 20536611 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 25 2026 22:23:40 | Fst Premier, 601 S Minneapolis Ave, Sioux Falls, SD 57104 |
| 20536612 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Mar 25 2026 22:18:00 | Genesis FC Card Services, Bankruptcy, PO Box 23030, Columbus, GA 31902-3030 |
| 20536613 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 25 2026 22:18:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 20590601 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 25 2026 22:18:00 | Jefferson Capital Systems LLC, PO Box 7999, St, Cloud, MN 56302-9617 |
| 20536614 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 25 2026 22:18:00 | Jefferson Capital Systems, LLC, PO Box 1999, Saint Cloud, MN 56302-9617 |
| 20547063 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 25 2026 22:23:43 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

District/off: 0539-5 | User: admin | Page 2 of 3
Date Rcvd: Mar 25, 2026 | Form ID: pdf022 | Total Noticed: 37

| 20536615 | + Email/Text: dallas.bankruptcy@LGBS.com | Mar 25 2026 22:18:00 | Linebarger Goggan Blair & Sampson LLP, c/o Tarrant County Tax Assessor, 2777 N. Stemmons Freeway 1000, Dallas, TX 75207-2328 |
|---|---|---|---|
| 20536616 | + Email/PDF: resurgentbknotifications@resurgent.com | Mar 25 2026 22:23:40 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 20536618 | + Email/Text: financeadmin@mdg.com | Mar 25 2026 22:18:00 | MDG US/Capital Community Bank, Attn: Bankruptcy, 3422 Old Capital Trail PMB # 1993, Wilmington, DE 19808-6124 |
| 20609023 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 25 2026 22:18:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 20536619 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 25 2026 22:18:00 | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 20536621 | + Email/Text: bankruptcy@ntta.org | Mar 25 2026 22:18:00 | NTTA (Bankruptcy), Atten: Bankruptcy, PO Box 660244, Dallas, TX 75266-0244 |
| 20536620 | + Email/Text: bankruptcy@ncaks.com | Mar 25 2026 22:18:00 | National Credit Adjusters, LLC, 327 West 4th Avenue, PO Box 3023, Hutchinson, KS 67504-3023 |
| 20609822 | + Email/Text: bankruptcy@ncaks.com | Mar 25 2026 22:18:00 | National Credit Adjusters, LLC, Attn: Bankruptcy Department, P.O. Box 3023, Hutchinson, KS 67504-3023 |
| 20536622 | Email/Text: bankruptcy@possiblefinance.com | Mar 25 2026 22:18:00 | Possible Finance, 2231 First Avenue Suite B, Seattle, WA 98121 |
| 20623911 | Email/Text: bnc-quantum@quantum3group.com | Mar 25 2026 22:18:00 | Quantum3 Group, LLC as agent for, CKS Prime Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 20536623 | ^ MEBN | Mar 25 2026 22:15:29 | Receivable Management Services. LLC, Attn: Bankruptcy 240 Emery Street, Bethlehem, PA 18015-1980 |
| 20612128 | + Email/Text: bncmail@w-legal.com | Mar 25 2026 22:18:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |
| 20536625 | ^ MEBN | Mar 25 2026 22:16:10 | Texas Alcoholic Beverage Comm, Alcoholic Beverage Sales Tax, P.O. Box 12548, Austin, TX 78711-2548 |
| 20536629 | ^ MEBN | Mar 25 2026 22:15:39 | US Attorney General, US Department of Justice, 950 Pennsylvania Ave, NW, Washington, DC 20530-0009 |
| 20536628 | + Email/Text: ustpregion06.da.ecf@usdoj.gov | Mar 25 2026 22:18:00 | United States Trustee, Rm 9C60 1100 Commerce St, Dallas, TX 75242-9998 |
| 20536630 | Email/Text: bnc_4301@velocityrecoveries.com | Mar 25 2026 22:18:00 | Velocity Investments, Llc, Attn: Bankruptcy, 1800 Route 34N Suite 305, Wall, NJ 07719 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 20600670 | * | Conn Appliances, Inc., c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 20536608 | *+ | Evelyn Mahan Hinojos, 909 3rd St, Lorenzo, TX 79343-2568 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

District/off: 0539-5        User: admin        Page 3 of 3

Date Rcvd: Mar 25, 2026        Form ID: pdf022        Total Noticed: 37

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2026        Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles L Basch, II | |
| | on behalf of Debtor Evelyn Mahan Hinojos cbasch@allmandlaw.com dallasecf@allmandlaw.com;clerk@allmandlaw.com;ign@allmandlaw.com;r62733@notify.bestcase.com;allmandlaw@notifications.practicesavvy.com;allmanduser@gmail.com;dgaines@allmandlaw.com;AllmandLawFirmPLLC@jubileebk.net |
| Eric Allen Maskell | |
| | on behalf of Debtor Evelyn Mahan Hinojos emaskell@allmandlaw.com dallasecf@allmandlaw.com;clerk@allmandlaw.com;ign@allmandlaw.com;r62733@notify.bestcase.com;allmandlaw@notifications.practicesavvy.com;allmanduser@gmail.com;dgaines@allmandlaw.com;AllmandLawFirmPLLC@jubileebk.net |
| Katherine L. Davis | |
| | cmecf@ch13-12westtex.org |
| United States Trustee | |
| | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 4



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 25, 2026**

_____
**United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

|  |  |  |
|---|---|---|
| | § | |
| **IN RE:** | § | **Case Number: 24-50167-BWO** |
| | § | |
| **EVELYN MAHAN HINOJOS** | § | **Chapter 13** |
| | § | |
| | | **JUDGE Brad W. Odell** |

---

### ORDER DISMISSING CASE WITHOUT PREJUDICE
### (NOI)

---

On the Trustee's Notice of Intent to Certify Chapter 13 Case For Dismissal proceeding, it appears to the court that due notice has been given to Debtor(s) and Debtor's(s') counsel, if any, and that no objection has been made to the relief requested, or if made, same should overruled. It further appearing that dismissal of this case is in the best interest of the creditors of the estate:

**IT IS, THEREFORE, ORDERED,** that the above proceeding be, and hereby is in all things **DISMISSED** without prejudice;

**IT IS FURTHER ORDERED** that the Trustee disburse any funds on hand as provided by General Order 2026-01; and

**IT IS FURTHER ORDERED** that all debts due and owing creditors as of this date are **NOT DISCHARGED** or affected in any manner by this Order.

 THE ABOVE STYLED AND NUMBERED CASE WILL BE CLOSED 21 DAYS AFTER THE ENTRY OF THIS ORDER PROVIDED THAT IT IS A SINGLE DEBTOR CASE OR A JOINT DEBTOR CASE AND BOTH DEBTORS ARE DISMISSED.

# # # End of Order # # #